PERSONAL FINANCE COMPANY OF NEW YORK, Appellant, *v.* N. Y. U. GARAGE, INC., Respondent.

Supreme Court, Appellate Term, First Department, April 15, 1943.

*Arthur Rosenzweig* for appellant.

*Joseph A. Jacobson* for respondent.

*Per Curiam.* Defendant is not entitled to the protection of the Soldiers' and Sailors' Civil Relief Act of 1940 (U. S. Code, tit. 50, Appendix, §§ 501–585). It was therefore error to stay the prosecution of the action.

Order reversed and motion denied, with ten dollars costs, but without prejudice to any proper application for an adjournment of the trial.

SHIENTAG, ROSENMAN and McLAUGHLIN, JJ., concur.